**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LOPRESTI, EUGENE § | Case No. 09-23657 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>ALEX D. MOGLIA</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, Room 873
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/29/2010 in Courtroom 744, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/01/2010         By:  /s/ALEX D. MOGLIA
                                          Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LOPRESTI, EUGENE | § | Case No. 09-23657 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 41,834.34 |
| *and approved disbursements of* | $ 15,000.00 |
| *leaving a balance on hand of* [1] | $ 26,834.34 |
| **Balance on hand:** | $ 26,834.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 26,834.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 3,433.41 | 0.00 | 3,433.41 |
| Trustee, Expenses - ALEX D. MOGLIA | 5.72 | 0.00 | 5.72 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 7,335.00 | 0.00 | 7,335.00 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 93.02 | 0.00 | 93.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,867.15 |
| Remaining balance: | $ 15,967.19 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 15,967.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 15,967.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 262,620.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 12,118.24 | 0.00 | 736.77 |
| 3 | Capital Recovery III LLC As Assignee of | 21,878.05 | 0.00 | 1,330.16 |
| 4 | Chase Bank USA, N.A. | 22,289.20 | 0.00 | 1,355.15 |
| 5 | Chase Bank USA, N.A. | 27,248.32 | 0.00 | 1,656.66 |
| 6 | Chase Bank USA, N.A. | 25,620.31 | 0.00 | 1,557.68 |
| 7 | Chase Bank USA, N.A. | 9,702.40 | 0.00 | 589.89 |
| 8 | Chase Bank USA, N.A. | 51,903.42 | 0.00 | 3,155.66 |
| 9 | PYOD LLC its successors and assigns as assignee of | 11,508.40 | 0.00 | 699.70 |
| 10 | American Express Centurion Bank | 3,285.19 | 0.00 | 199.74 |
| 11 | Discover Personal Loans | 10,819.80 | 0.00 | 657.83 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Fia Card Services, NA/Bank of America | 14,410.07 | 0.00 | 876.11 |
| 13 | Fia Card Services, NA/Bank of America | 51,836.90 | 0.00 | 3,151.62 |

Total to be paid for timely general unsecured claims: $ 15,966.97
Remaining balance: $ 0.22

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.22

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.22

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ALEX D. MOGLIA
                                       Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross                 Page 1 of 2                  Date Rcvd: Dec 02, 2010
Case: 09-23657                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Dec 04, 2010.
db           +Eugene Lopresti,    16406 Lakeview Drive,    Lockport, IL 60441-7018
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
14106522     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15390637      American Express Centurion Bank,    Beckett and Lee LLP,    Attorney/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
14106523     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14106524    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14106525     +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14106527     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14106526     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14106528     +Chase Bank USA,    131 S. Dearborn St, Floor 5,    Attn: Legal,    Chicago, IL 60603-5571
15287201      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14106529     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14106531     +Discover Personal Loan,    Po Box 30954,    Salt Lake City, UT 84130-0954
14106532     +Dsnb Bloom,    Bloomingdale’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14106533     +First Midwest Bank/na,    214 Washington St,    Waukegan, IL 60085-5618
14106534     +Fst Mdwst Bk,    214 Washington St,    Waukegan, IL 60085-5618
14106536      Glenview State Bank,    Donald Newman,    Donald L Newman & Associates,
               11 S. LaSalle Street - Suite 1500,    Chicago, IL 60603
14106537    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/rhode,    Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
14106538     +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15300277     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14106539     +Palos B&t,    12600 S Harlem Ave,    Palos Heights, IL 60463-1488
14106540     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
14106541     +Suntrust Bank,    1612 Cape Coral Pkwy E,    Cape Coral, FL 33904-9618
14106542     +Suntrust Mortgage/cc 5,    Attention: RVW3034,    1001 Semmes Ave,    Richmond, VA 23224-2245
14106543      The Breakwater Condo,    c/o Orion Bank Lockbox,    P.O. Box 11203,    Naples, FL 34101-1203
14106544     +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
14106545     +Weltman, Weinberg & Reis Co,    180 N. LaSalle, #2400,    Chicago, IL 60601-2704
The following entities were noticed by electronic transmission on Dec 02, 2010.
aty          +E-mail/Text: notice@billbusters.com                            Martin A. Lear,
               Law Offices of Ernesto D. Borges,    105 West Madison,    23rd Floor,    Chicago, IL 60602-4647
15252337     +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2010 03:00:24     
               Capital Recovery III LLC As Assignee of,    Capital One Installment,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15243767      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:54:37      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14106530     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:54:37      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
15663179      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2010 02:53:52     
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
14106535     +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 03:00:19      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer, Brown, Covey, Gaertner & Davis, LLC
aty           Thomas E. Springer
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Dec 02, 2010
Case: 09-23657                Form ID: pdf006          Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**                         **Signature:**     *Joseph Speetjens*