## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LOPRESTI, EUGENE                                 § Case No. 09-23657
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $556,950.00  *(without deducting any secured claims)* | Assets Exempt: $20,234.00 |
| Total Distribution to Claimants: $16,060.48 | Claims Discharged Without Payment: $246,559.82 |
| Total Expenses of Administration: $10,774.13 | |

3) Total gross receipts of $ 41,834.61  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $26,834.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $26,533.31 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,867.15 | 10,774.13 | 10,774.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 262,620.30 | 262,620.30 | 16,060.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $300,020.76 | $273,394.43 | $26,834.61 |

4) This case was originally filed under Chapter 7 on June 30, 2009. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2011       By: /s/ALEX D. MOGLIA
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One-third Interest in 7817 Natchez Land Trust | 1110-000 | 41,831.97 |
| Interest Income | 1270-000 | 2.64 |
| **TOTAL GROSS RECEIPTS** | | **$41,834.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eugene Lopresti | Court order on turnover of funds for homestead exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Glenview State Bank | 4110-000 | N/A | 26,533.31 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$26,533.31** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 3,433.41 | 3,433.41 | 3,433.41 |
| ALEX D. MOGLIA | 2200-000 | N/A | 5.72 | 5.72 | 5.72 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 7,335.00 | 7,335.00 | 7,335.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3220-000 | N/A | 93.02 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,867.15 | 10,774.13 | 10,774.13 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | N/A | 12,118.24 | 12,118.24 | 741.10 |
| 3 | Capital Recovery III LLC As Assignee of | 7100-000 | N/A | 21,878.05 | 21,878.05 | 1,337.96 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 22,289.20 | 22,289.20 | 1,363.09 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 27,248.32 | 27,248.32 | 1,666.36 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 25,620.31 | 25,620.31 | 1,566.80 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,702.40 | 9,702.40 | 593.35 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 51,903.42 | 51,903.42 | 3,174.14 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 11,508.40 | 11,508.40 | 703.79 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 3,285.19 | 3,285.19 | 200.90 |
| 11 | Discover Personal Loans | 7100-000 | N/A | 10,819.80 | 10,819.80 | 661.68 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 14,410.07 | 14,410.07 | 881.24 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 51,836.90 | 51,836.90 | 3,170.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 262,620.30 | 262,620.30 | 16,060.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-23657  
**Case Name:** LOPRESTI, EUGENE  

**Period Ending:** 08/04/11

**Trustee:** (330260)   ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/30/09 (f)  
**§341(a) Meeting Date:** 08/12/09  
**Claims Bar Date:** 06/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 740 Bentwater, Naples FL | 530,000.00 | 18,043.00 | DA | 0.00 | FA |
| 2 | Checking account with - Archer Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Archer Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal used clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2007 BMW 3 Series with 30000 miles | 24,550.00 | 0.00 | DA | 0.00 | FA |
| 7 | One-third Interest in 7817 Natchez Land Trust | Unknown | 0.00 | | 41,831.97 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.64 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$556,950.00** | **$18,043.00** | | **$41,834.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2010    **Current Projected Date Of Final Report (TFR):**    December 1, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-23657  
**Case Name:** LOPRESTI, EUGENE  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  

**Taxpayer ID #:** **-***8673  
**Period Ending:** 08/04/11  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/10 | {7} | Paul A. Smolinski, LTD | real estate funds | 1110-000 | 41,831.97 | | 41,831.97 |
| 08/18/10 | | To Account #9200******8566 | Funds to be sent to Eugene Lopresti | 9999-000 | | 15,000.00 | 26,831.97 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.71 | | 26,833.68 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,833.90 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,834.12 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,834.34 |
| 12/21/10 | | To Account #9200******8566 | Funds to pay Thomas Springer | 9999-000 | | 7,335.00 | 19,499.34 |
| 12/21/10 | 1001 | Springer, Brown, Covey, Gaertner & Davis LLC | Order allowing fees to trustee counsel | 3210-000 | | 7,335.00 | 12,164.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 12,164.54 |
| 01/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 12,164.61 |
| 01/25/11 | | To Account #9200******8566 | final close out | 9999-000 | | 12,164.61 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 41,834.61 | 41,834.61 | $0.00 |
| Less: Bank Transfers | 0.00 | 34,499.61 | |
| **Subtotal** | 41,834.61 | 7,335.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$41,834.61** | **$7,335.00** | |

{} Asset reference(s)

Printed: 08/04/2011 04:41 PM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-23657  
**Case Name:** LOPRESTI, EUGENE  

**Taxpayer ID #:** **-***8673  
**Period Ending:** 08/04/11

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/10 | | From Account #9200******8565 | Funds to be sent to Eugene Lopresti | 9999-000 | 15,000.00 | | 15,000.00 |
| 08/18/10 | 101 | Eugene Lopresti | Court order on turnover of funds for homestead exemption | 8100-002 | | 15,000.00 | 0.00 |
| 12/21/10 | | From Account #9200******8565 | Funds to pay Thomas Springer | 9999-000 | 7,335.00 | | 7,335.00 |
| 01/25/11 | | From Account #9200******8565 | final close out | 9999-000 | 12,164.61 | | 19,499.61 |
| 01/26/11 | 102 | Discover Bank | BANKRUPTCY CASE09-23657 ,LOPRESTI, EUGENE     DIVIDEND ON ALLOWED CLAIM # 2 of  6.11% | 7100-000 | | 741.10 | 18,758.51 |
| 01/26/11 | 103 | Capital Recovery III LLC As Assignee of | BANKRUPTCY CASE09-23657 ,LOPRESTI, EUGENE     DIVIDEND ON ALLOWED CLAIM # 3 of  6.11% | 7100-000 | | 1,337.96 | 17,420.55 |
| 01/26/11 | 104 | PYOD LLC its successors and assigns as assignee of | BANKRUPTCY CASE09-23657 ,LOPRESTI, EUGENE     DIVIDEND ON ALLOWED CLAIM # 9 of  6.11% | 7100-000 | | 703.79 | 16,716.76 |
| 01/26/11 | 105 | American Express Centurion Bank | BANKRUPTCY CASE09-23657 ,LOPRESTI, EUGENE     DIVIDEND ON ALLOWED CLAIM # 10 of  6.11% | 7100-000 | | 200.90 | 16,515.86 |
| 01/26/11 | 106 | Discover Personal Loans | BANKRUPTCY CASE09-23657 ,LOPRESTI, EUGENE     DIVIDEND ON ALLOWED CLAIM # 11 of  6.11% | 7100-000 | | 661.68 | 15,854.18 |
| 01/26/11 | 107 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,439.13 | 12,415.05 |
| | | | Dividend paid 100.00%    3,433.41 on $3,433.41;  Claim# ; Filed: $3,433.41 | 2100-000 | | | 12,415.05 |
| | | | Dividend paid 100.00%    5.72 on $5.72;  Claim# ; Filed: $5.72 | 2200-000 | | | 12,415.05 |
| 01/26/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#4,5,6,7,8 | | | 8,363.74 | 4,051.31 |
| | | | Dividend paid  6.11% on    1,363.09 $22,289.20;  Claim# 4; Filed: $22,289.20 | 7100-000 | | | 4,051.31 |
| | | | Dividend paid  6.11% on    1,666.36 $27,248.32;  Claim# 5; Filed: $27,248.32 | 7100-000 | | | 4,051.31 |
| | | | Dividend paid  6.11% on    1,566.80 $25,620.31;  Claim# 6; Filed: $25,620.31 | 7100-000 | | | 4,051.31 |

Subtotals :        $34,499.61        $30,448.30

{} Asset reference(s)

Printed: 08/04/2011 04:41 PM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-23657  
**Case Name:** LOPRESTI, EUGENE  

**Taxpayer ID #:** **-***8673  
**Period Ending:** 08/04/11  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid  6.11% on           593.35<br>$9,702.40;  Claim# 7;<br>Filed: $9,702.40 | 7100-000 | | | 4,051.31 |
| | | | Dividend paid  6.11% on         3,174.14<br>$51,903.42;  Claim# 8;<br>Filed: $51,903.42 | 7100-000 | | | 4,051.31 |
| 01/26/11 | 109 | Fia Card Services, NA/Bank of America | Combined Check for Claims#12,13 | | | 4,051.31 | 0.00 |
| | | | Dividend paid  6.11% on           881.24<br>$14,410.07;  Claim# 12;<br>Filed: $14,410.07 | 7100-000 | | | 0.00 |
| | | | Dividend paid  6.11% on         3,170.07<br>$51,836.90;  Claim# 13;<br>Filed: $51,836.90 | 7100-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 34,499.61 | 34,499.61 | $0.00 |
| | Less: Bank Transfers | | 34,499.61 | 0.00 | |
| | **Subtotal** | | 0.00 | 34,499.61 | |
| | Less: Payments to Debtors | | | 15,000.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$19,499.61** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******85-65** | 41,834.61 | 7,335.00 | 0.00 |
| **Checking # 9200-******85-66** | 0.00 | 19,499.61 | 0.00 |
| | $41,834.61 | $26,834.61 | $0.00 |

{} Asset reference(s)

Printed: 08/04/2011 04:41 PM   V.12.57